UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  John Mark Scholl           :         Case #: 04-55395
        Mary Sue Scholl

                                   :         Chapter 13

                                   :         Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 31, 2010              /s/ Frank M. Pees_____
                                    Frank M. Pees
                                    Chapter 13 Trustee


Name and Address                    Amount
John Mark Scholl                    $120.61
Mary Sue Scholl
5285 Crawford Dr
Columbus, OH 43229